Motion Granted; Appeal Dismissed and Memorandum
Opinion filed January 27, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00471-CV

____________

 

CAROLYN JAMES, Appellant

 

V.

 

MICHAEL EASTON AND PETER RIGA, Appellees

 



 

On Appeal from the 61st District Court

Harris County, Texas

Trial Court Cause No. 2010-12915

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from an order signed May 3, 2010.  On December 21, 2010, appellees
filed a motion to dismiss because the appeal is moot.

This
appeal is brought from the denial of a temporary injunction.  Subsequently, the
trial court granted appellees’ motion to dismiss appellant’s lawsuit. 
Appellees then filed a motion to dismiss this appeal.  Appellant filed a
response and a motion to vacate the trial court’s order. 

“If,
while on the appeal of the granting or denying of the temporary injunction, the
trial court renders final judgment, the case on appeal becomes moot.”  Isuani
v. Manske-Sheffield Radiology Group, P.A., 802 S.W.2d 235 (Tex. 1991).  Appellant’s
motion to vacate is denied.  Appellees’ motion to dismiss is granted and the
appeal is ordered dismissed.

 

PER
CURIAM

 

 

Panel consists of Justices Brown, Boyce, and Jamison.